JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| YASUSHI KURAMOTO, | ) | SA CV 06-891 AHS (MLGx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CANON USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant's motion for summary judgment having come on regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, Chief Judge, presiding, and the matter having been duly heard and considered and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiff shall take nothing from defendant, that judgment for defendant is granted, and that defendant shall recover its costs of suit.

DATED:  January 7, 2008.

_ALICEMARIE H. STOTLER_
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE